**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 08-00092-KD** |
| | ) | |
| **DEREK O'NEAL WILLIAMS** | ) | |

**ORDER**

This matter is before the Court regarding the compliance with a subpoena issued July 27, 2009, on behalf of Derek Williams. A hearing was held on the matter on August 13, 2009. Upon consideration the government's motion to quash the subpoena is **DENIED**.

The Court finds that the release of the records described in the subpoena[1] is in compliance with the Privacy Act. 5 U.S.C. § 552a. Accordingly, the Court **ORDERS** that compliance with the subpoena occur by **Monday, August 17, 2009** . It is further ordered that the subpoena be mailed, via express mail, to the address provided in the subpoena.

**DONE and ORDERED** this 13th day of August, 2009.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**

---

[1] The subpoena requests all records relating to Derek O'Neal Williams' evaluation at the Federal Detention Center, Miami, Florida, including all test data. For purposes of clarification, this includes all raw data.