IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION 08-00092-KD |
| | ) |
| DEREK ONEAL WILLIAMS | ) |
| | ) |
| Defendant. | ) |

# ORDER

On September 11, 2009, a competency hearing was held before the undersigned. Defendant, Derek Oneal Williams, his defense counsel Assistant Federal Defender Fred Tiemann, and Assistant United States Attorney Gloria Bedwell, counsel for the Government, were present.

Upon consideration of the Bureau of Prisons Forensic Evaluation performed by Lisa Feldman, Psy. D. (doc. 93), the testimony of Dr. Lisa Feldman, the evidence of correspondence between defense counsel and Thomas S. Bennett, Ph.D. in regard to defendant's competency and the medical records of the Cahaba Center submitted by defendant (docs. 91-1, 91-2), and the testimony of Dr. Bennett, the Court finds by a preponderance of the evidence that the defendant is able to understand the nature and consequences of the proceedings against him and is able to assist properly in his defense. Accordingly, the Court determines that defendant is competent to be sentenced. 18 U.S.C. § 4241(d),(e); United States v. Evans, 2009 WL 1532685, 1 (11th Cir. June 3, 2009) (slip copy) (unpublished opinion)[1] ("A defendant's competency 'is an ongoing inquiry; the defendant must be competent at all stages of trial,' including sentencing. For a

---

[1] Unpublished opinions are not binding precedent but may be cited as persuasive authority. Eleventh Circuit Rule 36-2.

defendant to be competent ..., he must have 'sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding ... [and] ha[ve] a rational as well as factual understanding of the proceedings against him.'") (quoting United States v. Rahim, 431 F.3d 753, 759 (11th Cir.2005) (per curiam)); see also Godinez v. Moran, 509 U.S. 389, 401 n.12, 113 S.Ct. 2680, 2687 (U.S. 1993) ( "the question is whether [the defendant] has the ability to understand the proceedings.").

Accordingly, the sentencing hearing is scheduled for **September 17, 2009 at 1:00 p.m.** before the undersigned in Courtroom 5-A, United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

The United States Marshal is **directed** to produce the defendant for this hearing.

**DONE** and **ORDERED** on this the 14th day of September, 2009.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**